# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **SCOTT SAN FILIPPO**,<br><br>Plaintiff,<br><br>v.<br><br>**VR TRAINING SOLUTIONS, INC., dba SHIFT BIAS**, a domestic corporation, **WENDY MORGAN, an individual, and MARGARET HUBBELL, an individual**,<br><br>Defendant. | Civil No. 3:20-cv-1890-AC<br><br>ORDER GRANTING JOINT MOTION TO APPROVE FLSA SETTLEMENT; DISMISS MATTER WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY |

ACOSTA, Magistrate Judge:

This matter is now before the Court on Plaintiffs' Joint Motion to Approve FLSA Settlement; Dismiss Matter With Prejudice and Without Costs or Fees to Either Party. For the reasons set forth below, Plaintiff's Motion is GRANTED.

In this Fair Labor Standards Act overtime case, the Parties have proposed a settlement agreement for approval. The Court finds as follows:

1. The Parties' settlement and corresponding Settlement and Release Agreement ("Settlement") provides for payments to Plaintiff and reasonable attorney's fees.

2. The Settlement is a fair and reasonable settlement of bona fide disputes under the Fair Labor Standards Act, among other laws, especially given Defendants' alleged significant legal defenses and factual defenses.

3. Plaintiff's attorney's fees and costs are reasonable and approved.

4. This case, including the counter-claims, is dismissed with prejudice.

5. The Court will retain jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement. The parties shall abide by all terms of the Settlement and Release Agreement, which are incorporated herein, and this Order.

Accordingly, for the reasons stated above, Plaintiff's Joint Motion to Approve FLSA Settlement; Dismiss Matter With Prejudice and Without Costs or Fees to Either Party is GRANTED, and this case is dismissed with prejudice.

Dated May 10, 2021.

_____
John V. Acosta
United States Magistrate Judge